UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RICARDO TOLSON,

        Petitioner,

                                            Case No. 10-CV-14114

v.                                        HON. GEORGE CARAM STEEH

CINDI S. CURTIN,

        Respondent.

_____/

<u>ORDER ACCEPTING REPORT AND RECOMMENDATION (#11)
AND DISMISSING PLAINTIFF'S PETITION</u>

On October 13, 2010, petitioner filed this application for writ of habeas corpus.  On April 27, 2011, respondent filed a response.  On November 9, 2012, Magistrate Judge Komives issued a thirty-four page report and recommendation that petitioner's application for writ of habeas corpus be denied and that petitioner be denied a certificate of appealability.  The objection deadline has passed and no objections were filed.  The court has reviewed the report and recommendation, and in the absence of timely objection,

The court hereby adopts Magistrate Judge Komives's November 9, 2012 report and recommendation, denies plaintiff a certificate of appealability, and dismisses plaintiff's petition.

SO ORDERED.

Dated:  December 4, 2012

                                                     s/George Caram Steeh
                                                     GEORGE CARAM STEEH
                                                     UNITED STATES DISTRICT JUDGE

### CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on December 4, 2012, by electronic and/or ordinary mail and upon Ricardo Tolson, #271524, Oaks Correctional Facility, 1500 Caberfae Highway, Manistee, Michigan 49660-9200.

s/Barbara Radke
Deputy Clerk